In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00414-CV
_____

**AUBREY M. HALL, ELARA HOMES, INC., ELARA SIGNATURE HOMES, INC., ELARA CONSTRUCTION, INC., TEXSTAR HOLDINGS, LLC., FICTIOUS NAME QUAGMIRE INVESTMENTS, LLC., STONECRAFT HOMES, INC., AND JUMP LAKE JACKSON, INC.,** Appellants

**V.**

**MARK KLAUS, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-09-11899**

**MEMORANDUM OPINION**

On August 20, 2025, we abated this accelerated appeal from an order denying a motion to compel arbitration and remanded the case for the trial court to determine whether Art Aguilar has authority to represent Elara Homes, Inc., Elara Signature Homes, Inc., Elara Construction, Inc., Texstar Holdings, LLC., Fictious Name Quagmire Investments, LLC., Stonecraft Homes, Inc., and Jump Lake Jackson, Inc.

1

The supplemental clerk's record filed following remand includes a notice from the trial court that the court appointed receiver, Darlene Payne-Smith, had settled the case with Appellee Mark Klaus, the trial court granted motions to withdraw Payne-Smith as receiver and Aguilar as counsel for all defendants, and signed a final judgment in trial court cause number 18-09-11899.

On December 3, 2025, Aguilar filed a suggestion of mootness with the appellate court. No party contested the suggestion of mootness. "A case becomes moot if a controversy ceases to exist or the parties lack a legally cognizable interest in the outcome." *Allstate Ins. Co. v. Hallman*, 159 S.W.3d 640, 642 (Tex. 2005). Accordingly, we dismiss the accelerated appeal as moot. *See* Tex. R. App. P. 42.3(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 7, 2026
Opinion Delivered January 8, 2026

Before Golemon, C.J., Johnson and Chambers, JJ.

2